# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CALVIN LEE WEATHERSPOON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2603

[May 27, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen Miller, Judge; L.T. Case No. 502008CF017526AXX.

Calvin Lee Weatherspoon, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***